

FILED IN OPEN COURT
U.S.D.C. - Atlanta

NOV 04 2025

KEVIN P. WEIMER, Clerk
By: *illegible* Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DANIEL SPITZER | Criminal Indictment<br><br>No. 1:25-CR-0480 |

THE GRAND JURY CHARGES THAT:

## Introduction

At all times material to this indictment:

1. The defendant, DANIEL SPITZER, was in the State of Georgia.

2. Individual #1, the president of the American Federation of Teachers, was not in the State of Georgia.

3. The American Federation of Teachers was not headquartered in the State of Georgia.

## Count One

4. The Grand Jury re-alleges and incorporates by reference the factual allegations contained in paragraphs 1 through 3 of this Indictment as if fully set forth herein.

5. On or about July 23, 2024, in the Northern District of Georgia, the defendant, DANIEL SPITZER, consciously disregarding a substantial risk that his communication would be viewed as threatening violence, knowingly transmitted a communication in interstate and foreign commerce from the State of Georgia to the State of New York, Washington, D.C., and other places, that contained a threat

to injure Individual #1, the president of the American Federation of Teachers; specifically, the defendant, DANIEL SPITZER, submitted a message to the website for the American Federation of Teachers, a labor union not headquartered in the State of Georgia, which stated: "[Individual #1] is ignorant incompetent cunt that should be worried for her safety. Fact that she is still alive. Liberal nazi deserves the bullet to head. Resign before she ends like what happened to trump at his speech. They wont miss fat bitch."

All in violation of Title 18, United States Code, Section 875(c).

A ____TRUE____ BILL

_____
FOREPERSON

THEODORE S. HERTZBERG
*United States Attorney*

ERIC J. WHITE
*Assistant United States Attorney*
Georgia Bar No. 580963

BRENT A. GRAY
*Assistant United States Attorney*
Georgia Bar No. 155089

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000