U.S. Department of Justice
United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

Division: Atlanta
(USAO: 2025R00971)

FILED IN OPEN COURT
U.S.D.C. - Atlanta

NOV 0 4 2025

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

**DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION**

COUNTY NAME:    DeKalb

DISTRICT COURT NO.
1:25-CR-0480

MAGISTRATE CASE NO.

X Indictment                    Information                    Magistrate's Complaint
DATE: November 4, 2025          DATE:                          DATE:

UNITED STATES OF AMERICA
vs.
DANIEL SPITZER

GREATER OFFENSE CHARGED: X Felony  Misdemeanor

**Defendant Information:**

Is the defendant in custody?    Yes   X No
Will the defendant be arrested pending outcome of this proceeding?   X Yes   No
Is the defendant a fugitive?   Yes   X No
Has the defendant been released on bond?   Yes   X No

Will the defendant require an interpreter?   Yes   X No

District Judge:

Attorney: Brent Alan Gray
Attorney: Eric White