**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION**

UNITED STATES OF AMERICA *
*
v. *
* 01:25-CR-00480-JKL
DANIEL SPITZER *
*

# O R D E R

This matter is before the Court for consideration of Magistrate Judge John J. Larkin III's Report and Recommendation ("R&R"). [Doc. 46]. Importantly, Judge Larkins recommends that Defendant's motion to dismiss the indictment [Doc. 40] be denied. In the time-period allotted for the parties to object to the R&R, Defendant, by and through counsel, filed objections [Doc. 48] to the R&R. For the following reasons, the Court **ADOPTS** the R&R and **OVERRULES** Defendant's objections.

## I. Legal Standard

The district court reviewing an R&R "shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1). If neither party objects, the district judge need only review the R&R for clear error and "may accept, reject, or modify,

in whole or in part, the findings or recommendations made by the magistrate judge." Id. A party objecting to an R&R "must specifically identify those findings objected to. Frivolous, conclusive, or general objections need not be considered by the district court." United States v. Schultz, 565 F.3d 1353, 1361 (11th Cir. 2009) (quoting Marsden v. Moore, 847 F.2d 1536, 1548 (11th Cir. 1988)) (internal quotation marks omitted.). If there are no specific objections made to factual findings made by the magistrate judge, there is no requirement that those findings be reviewed de novo. Garvey v. Vaughn, 993 F.2d 776, 779 n. 9 (11th Cir. 1993). Absent objection, the district court judge "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate [judge]," 28 U.S.C. § 636(b)(1)(C), and may accept the recommendation if it is not clearly erroneous or contrary to the law. Fed. R. Crim. P. 59. In accordance with 28 U.S.C. § 636(b)(1)(C), and Rule 59 of the Federal Rules of Criminal Procedure, the Court has conducted a *de novo* review of those portions of the R&R to which Defendants object and has reviewed the remainder of the R&R for plain error. See United States v. Slay, 714 F.2d 1093, 1095 (11th Cir. 1983).

## II. Discussion

Defendant objects to Judge Larkins's finding that whether his online comment was a true threat as opposed to "political speech" protected by the First Amendment is a jury question; also whether in making this assessment, political context should

be considered. [Doc. 48]. Although the undersigned agrees with defense counsel that Defendant may have viable arguments regarding whether he had any intention of actually carrying out an act of violence, Judge Larkins correctly concluded that a reasonable jury could find that Defendant's language as alleged in the indictment was a true threat as opposed to "political speech" based on his multiple references to harm to the individual at issue. [Doc. 46 at 4-5]. Judge Larkins also correctly concluded that at this juncture, it would be inappropriate to consider political context, as information relevant to such consideration is not contained within the indictment and thus would not be proper at this time in determining whether the indictment should be dismissed.

## III. Conclusion

After conducting a *de novo* review of those portions of the R&R to which Defendant objects, and reviewing the remainder of the R&R for plain error, this Court finds that the Magistrate Judge's factual and legal conclusions are correct.

Accordingly, the Court **OVERRULES** Defendant's Objections [Doc. 48], and **ADOPTS** the R&R [Doc. 46] as the Opinion and Order of this Court. The Court **DENIES** Defendant's motion to dismiss the indictment. [Doc. 40].

The Court **DIRECTS** Defendant to inform the Court no later than December 4, 2026, whether this case will proceed to trial or be resolved in some other manner.

**SO ORDERED**, this 4th day of November, 2026.

Eleanor L. Ross

Eleanor L. Ross
United States District Judge
Northern District of Georgia